# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In RE:  Ryan Thomas Bechard,

**Appellant**

CIVIL NO. 19-2025 (RAM)

## ORDER

Pending before the Court are Appellant Ryan Thomas Bechard's ("Bechard" or "Appellant") *Motion for Suspension of Appeal and Withdrawal of Case Back to Bankruptcy Court Per 28 U.S.C.S. § 157(d)* (Docket No. 15) and *Motion for Leave and Stay of Proceedings.* (Docket No. 16). Both *Motions* are **DENIED**.

The only matter pending before this Court is an appeal from the Bankruptcy Court's Judgment in Case No. 19-00001-MCF dismissing Bechard's Amended Complaint. (Docket No. 1). Per the Court's November 27, 2019 Order, Appellant was instructed to file an Appellant's Brief ("Brief") within fourteen (14) days after his filing of a statement of issues (Docket No. 11). In particular, Bechard was ordered to file a Brief which conformed to the requirements set forth in Rules 8009 and 8014 of the Federal Rules of Bankruptcy Procedure. Id. This included filing an appendix with the portion of the record Appellant designated to the Bankruptcy Court at Docket No. 8-2. Id.

While Bechard did file a "Statement of Issues" on December 3, 2019 (Docket No. 12), he nevertheless failed to file his Brief within the fourteen-day timeframe provided by the Court. Moreover, over three weeks have elapsed since Bechard was supposed to have filed his Brief. The Court also notes that Bechard has failed to file a sufficient justification for his delay in filing the Brief.

For the reasons set forth above, *Motion for Suspension of Appeal and Withdrawal of Case Back to Bankruptcy Court Per 28 U.S.C.S. § 157(d)* (Docket No. 15), and *Motion for Leave and Stay of Proceedings* (Docket No. 16) are **DENIED**. The Court grants Appellant a **final** term of **fourteen (14) days** to file his Brief in accordance with the requirements previously set forth at Docket No. 11. Failure to file the Brief within the given term will result in the dismissal of this appeal.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of January 2019.

S/ RAÚL M. ARIAS-MARXUACH

United States District Judge